## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Freightmasters Logistics, Inc.,

                        Plaintiff,

                                                  Civ. No. 07-4572 (RHK/AJB)
                                                            **ORDER**

v.

Nycore, Inc., *et al.*,

                        Defendants.

---

      This matter is before the Court *sua sponte*. Plaintiff Freightmasters Logistics, Inc. ("Freightmasters") previously filed a Motion for Summary Judgment in this action against Shaw Industries, Inc. ("Shaw"). In response, Shaw asserted that it needed additional discovery in order to oppose the Motion. By Order dated September 11, 2008, the Court canceled further briefing on the Motion, continued the hearing (then scheduled for October 2, 2008) *sine die*, and directed the parties to advise the Court once the additional discovery had been completed. Shaw has now so advised the Court.

      Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** as follows:

      1.     Shaw shall serve and file its Memorandum in Opposition to Freightmasters' Motion for Summary Judgment on or before November 21, 2008;

      2.     Freightmasters shall serve and file its Reply Memorandum in support of its Motion on or before December 5, 2008; and

3. A hearing before the undersigned will be held on Freightmasters' Motion at 8:00 a.m. on Monday, December 22, 2008, in Courtroom 7A at the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: October 23, 2008                                  s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge